IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-01592-REB-PAC

JACKSON NATIONAL LIFE INSURANCE
COMPANY,

       Plaintiff,

v.

MARICELA CARBAJAL,

       Defendant.

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO DEPOSIT PREMIUM ASSOCIATED WITH
INSURANCE POLICY AT ISSUE

**Blackburn, J.**

This matter comes before me on plaintiff Jackson National Life Insurance Company's **Motion for Leave of Court to Deposit Premium Associated With Insurance Policy at Issue** [#10], filed January 25, 2006.

Under Rule 67 of the Federal Rules of Civil Procedure, Jackson National seeks leave of Court to deposit with the Court a check in the amount of $278.11, which Jackson National states is the amount of Miguel Carbajal's payments to Jackson National in connection with the life insurance policy at issue in this action. For the reasons set forth in the motion, the court finds that granting Jackson National leave to make the requested deposit is in the interest of justice and will not prejudice any party. Additionally, the Court finds that Jackson National complied with Rule 67 by providing

notice of its Motion to Defendant Maricela Carbajal through her counsel.

**THEREFORE, IT IS ORDERED** as follows:

1. That Jackson National's **Motion for Leave of Court to Deposit Premium Associated With Insurance Policy at Issue** [#10], filed January 25, 2006, is **GRANTED**;

2. That the Clerk of Court is directed to **ACCEPT** for deposit from Jackson National a check in the amount of $278.11, and to hold those funds pending further order of the Court; and

3. That the tender and deposit of these funds into the court's registry account does not imply any resolution of any of the claims asserted in the Complaint or any related issues concerning the life insurance policy in question in this case.

Dated January 31, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**