**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01592-REB-PAC

JACKSON NATIONAL LIFE INSURANCE COMPANY,

      Plaintiff,

v.

MARICELA CARBAJAL,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#22], filed July 12, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#22], filed July 12, 2006, is **APPROVED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for January 19, 2007, is **VACATED**; and

4.  That the jury trial set to commence February 12, 2007, is **VACATED**.

Dated July 13, 2006, at Denver, Colorado.

                             **BY THE COURT:**

                             **s/ Robert E. Blackburn**
                             **Robert E. Blackburn**
                             **United States District Judge**